IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00030 FL

| | |
|---|---|
| LOVE TOLEITO,<br>   Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| FRANK BISIGNANO[1],<br>Commissioner of Social Security, | )<br>)<br>) |
|    Defendant. | )<br>)<br>) |

ORDER

This matter is before the Court based on Plaintiff's Brief and the Commissioner's Brief. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

SO ORDERED this 21st day of May 2025.

_____
LOUISE W. FLANAGAN
United States District Judge