UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LOVE TOLEITO )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>FRANK J. BISIGNANO, )<br>Acting Commissioner of Social Security )<br>    Defendant. ) | **JUDGMENT**<br><br>No. 5:25-CV-30-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 21, 2025, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on May 21, 2025, and Copies To:**
Aaron Lee Dalton (via CM/ECF Notice of Electronic Filing)
Cathleen McNulty / Wanda Mason (via CM/ECF Notice of Electronic Filing)


May 21, 2025        PETER A. MOORE, JR., CLERK

                /s/ Sandra K. Collins
               (By) Sandra K. Collins, Deputy Clerk